Page 1

1

2    UNITED STATES BANKRUPTCY COURT

3    EASTERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - - - -x

5    In the Matter of:                    Case No.

6    CHRISTINE PERSAUD, Debtor.            10-44815-ess

7    - - - - - - - - - - - - - - - - - - - -x

8    KLEIN, Plaintiff,                     Adv. Case No.

9           v.                            10-01228-ess

10   CHRISTINE PERSAUD, et al, Defendants

11   - - - - - - - - - - - - - - - - - - - -x

12   KLEIN, Plaintiff,                     Adv. Case No.

13          v.                            11-01456-ess

14   JOHN PEREIRA, Defendant

15   - - - - - - - - - - - - - - - - - - - -x

16              United States Bankruptcy Court

17              271 Cadman Plaza East

18              Brooklyn, New York

19

20              November 28, 2011

21              9:57 AM

22

23   B E F O R E:

24   HON. ELIZABETH S. STONG

25   U.S. BANKRUPTCY JUDGE

Page 2

1

2    [187, 228] Adjourned Hearing (re: Related Document(s)[182]

3    Application to Employ Troutman Sanders.  Adjourned from:

4    9/27/11; 10/28/11; 11/8/11; 11/14/11

5

6    [179] Adjourned Motion for Violation of Automatic Stay and to

7    Void Certain Decisions of the State Supreme Court Issued in

8    Violation.  Adjourned from: 9/27/11; 10/28/11; 11/8/11;

9    11/14/11

10

11    [295] Adjourned Hearing on the Reconsideration of the Order to

12    Show Cause Application (re: Related Document(s) 272 Order to

13    Schedule Hearing (Generic), [196] Motion for 2004 Examination

14    of Philip Gottehrer.  Adjourned from: 11/14/11

15

16    [214] Adjourned Hearing on Application for Order to Show Cause

17    (re: Related Document(s) [196] Motion for 2004 Examination of

18    Philip Gottehrer.  Adjourned from: 9/8/11; 9/13/11; /9/20/11;

19    9/22/11; 10/28/11; 11/8/11; 11/14/11

20

21    [292] Adjourned Hearing on the Reconsideration of the Order to

22    Show Case Application (re: Related Document(s) [197] Motion for

23    2004 Examination of Joel Klein.  Adjourned from: 11/14/11

24

25

Page 3

1

2    [203] Adjourned Hearing on Application for Order to Show Cause

3    (re: Related Document(s) [197] Motion for 2004 Examination of

4    Joel Klein.  Adjourned from: 9/8/11; 9/13/11; 9/20/11/;

5    10/28/11; 11/8/11; 11/14/11

6

7    [296] Adjourned Hearing on the Reconsideration of the Order to

8    Show Cause (re: Related Document(s) [198] Motion for 2004

9    Examination of Caring Home Care Agency.  Adjourned from:

10   11/14/11

11

12   [201] Adjourned Hearing on Application for Order to Show Cause

13   (re: Related Document(s) [198] Motion for 2004 Examination of

14   Caring Home Agency.  Adjourned from: 9/8/11; 9/13/11; 9/20/11;

15   9/22/11; 10/28/11; 11/8/11; 11/14/11

16

17   [294] Adjourned Hearing on the Order to Show Cause Application

18   and Hearing on the Reconsideration of the Order to Show Cause

19   (re: Related Document(s) [199] Motion for 2004 Examination of

20   Abraham Klein.  Adjourned from: 11/14/11

21

22   [202] Adjourned Hearing on Application for Order to Show Cause

23   (re: Related Document(s) [199] Motion for 2004 Examination of

24   Abraham Klein.  Adjourned from: 9/8/11; 9/13/11; 9/20/11;

25   9/22/11; 10/28/11; 11/8/11; 11/14/11

Page 4

1

2     [293] Adjourned Hearing on the Reconsideration of the Order to

3     Show Cause (re: Related Document(s) [195] Motion for 2004

4     Examination of Melquisedec Escobar.  Adjourned from: 11/14/11

5

6     [204] Adjourned Hearing on Application for Order to Show Cause

7     (re: Related Document(s) [195] Motion for 2004 Examination of

8     Melquisedec Escobar.  Adjourned from: 9/8/11; 9/13/11; 9/20/11;

9     9/22/11; 10/28/11; 11/8/11; 11/14/11

10

11    [1] Adjourned Pre-trail Conference re: Complain.  Adjourned

12    from 10/19/10; 11/4/10; 12/14/10; 1/5/11; 2/2/11; 3/10/11;

13    4/7/11; 5/20/11; 6/17/11; 8/16/11; 9/27/11; 10/28/11; 11/8/11;

14    11/14/11

15

16    [1] Adjourned Pre-trail Conference re: Complain.  Adjourned

17    from 10/28/11; 11/8/11; 11/14/11

18

19

20

21

22

23

24

25    Transcribed by:  Devora Kessin

Page 5

```
 1
 2    A P P E A R A N C E S :
 3    LAW OFFICE OF SAMUEL J. LANDAU
 4          Attorney for Debtor
 5          250 West 57th Street
 6          New York, NY 10107
 7
 8    BY:   SAMUEL J. LANDAU, ESQ.
 9
10
11    TROUTMAN SANDERS, LLP
12          Attorneys for John Pereira
13          405 Lexington Avenue
14          New York, NY 10174
15
16    BY:   LEE W. STREMBA, ESQ., (TELEPHONICALLY)
17          JOHN P. CAMPO, ESQ., (TELEPHONICALLY)
18
19
20    LAW OFFICE OF STEPHEN N. PREZIOSI
21          Of Counsel to Samuel Landau on behalf of the debtor
22          570 Seventh Avenue
23          New York, NY 10018
24
25    BY:   STEPHEN N. PREZIOSI, ESQ.
```

```
 1

 2    KRINSKY PLLC

 3          Of Counsel to Mendel Zilberberg & Associates

 4          on behalf of Creditor, for Abraham Klein

 5          233 Broadway

 6          New York, NY 10279

 7

 8    BY:   PERY D. KRINSKY, ESQ., (TELEPHONICALLY)

 9

10    LAW OFFICE OF JOEL LEWITTES

11          Of Counsel to Mendel Zilberberg & Associates

12          on behalf of Creditor, for Abraham Klein

13          1211 Avenue of the Americas

14          New York, NY 10036

15

16    BY:   JOEL LEWITTES, ESQ., (TELEPHONICALLY)

17

18

19    PEREIRA & SINISI, LLP

20          Chapter 7 Trustee

21          405 Lexington Avenue

22          7th Floor

23          New York, NY 10174

24

25    BY:   ANN MARIE SINISI, ESQ., (TELEPHONICALLY)
```

          1                    P R O C E E D I N G S

          2            THE CLERK:  All rise.

          3            THE COURT:  Good morning.

          4            MR. LANDAU:  Good morning.

          5            THE COURT:  Please be seated.

          6            I have parties here in the courtroom and parties on

          7      the telephone?  Let's all be sure -- myself included -- to use

          8      our microphones.

          9            Ms. Jackson, please call the case?

         10            THE CLERK:  Numbers 1 through 14, all matters

         11      regarding Christine Persaud.

         12            Parties in the courtroom and on the telephone please

         13      state your appearances.

         14            MR. STREMBA:  Lee Stremba, Troutman Sanders, for the

         15      trustee.

         16            THE COURT:  Thank you, Mr. Stremba.

         17            MR. STREMBA:  Yes.

         18            MR. CAMPO:  And John Campo here as well.

         19            THE COURT:  All right.  Do we have Mr. Krinsky and Mr.

         20      Lewittes?

         21            MR. LEWITTES:  Joel Lewittes, of counsel to Mr.

         22      Zilberberg; representing Creditor Klein.

         23            THE COURT:  Yes.

         24            MR. KRINSKY:  Pery Krinsky, on behalf of Mr.

         25      Zilberberg's firm; and Sarah Moskowitz, although will not be

Case 1:12-cv-03337-JG   Document 1-48   Filed 07/05/12   Page 8 of 51 PageID #: 1154

```
 1   speaking, she's also present on the telephone on behalf of Mr.

 2   Zilberberg's firm --

 3           THE COURT:  But to be clear, you're not representing

 4   the firm, you're representing the creditor, Mr. Klein.  Isn't

 5   that right?

 6           MR. KRINSKY:  Myself, Your Honor?

 7           THE COURT:  Yes; who is your client?

 8           MR. KRINSKY:  I serve of counsel to Mr. Zilberberg's

 9   firm who represent Creditor Klein.

10           THE COURT:  So you are counsel to Mr. Klein, in that

11   capacity; for the avoidance of doubt and having a clear record.

12   It was not my understanding that Mr. Zilberberg's firm had

13   represented counsel to represent the firm -- had retained

14   counsel to represent the firm.

15           MR. KRINSKY:  That's right, Your Honor.

16           THE COURT:  All right, thank you.

17           MR. LANDAU:  And Samuel Landau --

18           MS. SINISI:  And Ann Marie Sinisi from Pereira &

19   Sinisi, for the trustee.

20           THE COURT:  All right, thank you Ms. Sinisi.

21           And here in the court, Mr. Landau, I'm sorry.

22           MR. LANDAU:  Samuel Landau, representing the debtor,

23   Christine Persaud.

24           THE COURT:  All right.  Thank you, Mr. Landau.

25           I understand there's also one additional attorney who
```

Case 1:12-cv-03337-JG   Document 1-48   Filed 07/05/12   Page 9 of 51 PageID #: 1155

CHRISTINE PERSAUD, KLEIN v. PERSAUD, KLEIN v. PEREIRA

Page 9

1    has appeared from time to time on behalf -- or representing --

2    the debtor, Ms. Persaud, and that she's represented by you, Mr.

3    Landau, then that attorney will not be participating in today's

4    hearing.

5              MR. LANDAU:  Yes.

6              THE COURT:  Okay.

7              All right, well I appreciate everybody's appearance

8    this morning and I trust that you all had a good holiday

9    weekend.  We had a significant amount of correspondence and

10   matters to attend to over the course of last week and as you

11   have seen by now I trust, there was filed on November 23rd the

12   Court's order overruling the objection to the testimony of

13   Professor Green and finding that on consent, the testimony

14   Professor Bruce Green will be received via affidavit and cross-

15   examination will be waived, subject to further order of the

16   Court; further stating that the Court will hold a telephonic

17   conference on the issues raised in the letters filed on

18   November 23rd, 2011 and all other matters on Monday, November

19   28th at 9 a.m.  We are getting this late start because I gather

20   there was some complication with respect to some of the counsel

21   calling in but I'm glad that we have everyone represented now

22   and that we can proceed.

23             So, there is I think first and foremost before all of

24   us, the question of completing the record on the trustee's

25   application to employ the Troutman Sanders firm; which has

CHRISTINE PERSAUD, KLEIN v. PERSAUD, KLEIN v. PEREIRA

1    already been granted in part on consent, and I take it that it

2    is the suggestion of the parties that we may now move to close

3    that record.  But let me hear from -- I think this would be a

4    question for Mr. Krinsky first -- as you are putting in your

5    case in opposition including the testimony whether by affidavit

6    or live of Professor Green -- as you see I have overruled the

7    objection on grounds among many others, that in this bench

8    trial, the standards for the admission of such testimony as an

9    initial matter have been met, and I take it as has been stated

10   on the record many times, that the qualification of Professor

11   Green to testify as an expert is not contested as you indicate

12   in the various submissions; that the argument is that it would

13   be superfluous, wasteful, inconsistent with some of the

14   evidence rules, but if admitted, that on consent as direct

15   testimony, it may be received and cross-examination foregone so

16   that the evidentiary hearing with respect to the objection can

17   be brought to an immediate conclusion.

18          So Mr. Stremba what I need to know is, if on behalf of

19   the objector, you'd best; and then I think it's a question of

20   coming back to the proponent to determine whether any rebuttal

21   case is to be offered.

22          MR. STREMBA:  Yes, Your Honor; Lee Stremba.

23          We rest.

24          THE COURT:  All right.

25          Ms. Sinisi, I think that brings me back to the

Case 1:12-cv-03337-JG    Document 1-48    Filed 07/05/12    Page 11 of 51 PageID #: 1157

```
 1    trustee?

 2            MR. STREMBA:  I'm sorry, Your Honor; it's Lee Stremba

 3    was for the trustee.

 4            THE COURT:  I'm sorry; thank you, Mr. Stremba.  It's

 5    easier when people are in court.

 6            MR. STREMBA:  It is.

 7            THE COURT:  But we'll still manage, I'm sure.  So you

 8    rest on behalf of the trustee.

 9            Mr. Krinsky, I should -- the question I put to Mr.

10    Stremba, I meant to put to you.  I take it that with the

11    submission of an affidavit -- and I'll ask you to point me to

12    where that is in the record -- as indicated that the waiver of

13    cross-examinations subject to any further order of the Court,

14    you also rest?

15            MR. KRINSKY:  We do with I believe there's one open

16    issue, Your Honor; and that is the issue of the 2008 e-mail

17    communication or communications, which we previously requested

18    by order to show cause, filed by Mr. Zilberberg with respect to

19    the communications on conflicts checking when Mr. Klein and/or

20    GRV initially retained the firm back in 2008.  And that's the

21    only outstanding issue, but other than that, yes, we would

22    rest.

23            THE COURT:  Well, for the purposes of bringing this

24    matter to closure so that I can get you a decision, I think we

25    need to know definitively whether that is an issue being
```

1    pursued and then it needs to be pursued and resolved; or

2    alternatively, whether you do in fact rest; but it seems to me

3    we need clarity on whether it's one or the other.

4         MR. KRINSKY:  Your Honor, it is an open matter and it

5    is an issue that we are pursuing.  It is the basis in part for

6    submitting my affidavit to Your Honor earlier this last week,

7    dated November 8th.

8         THE COURT:  All right; can you tell me where on the

9    calendar that is; which motion that is?

10        MR. KRINSKY:  One moment, Your Honor.

11        I apologize Your Honor, I don't know which -- what the

12   docket number was that it's in reference to.  The initial order

13   to show cause seeking the '08 and 2011 e-mails --

14        THE COURT:  If you're using a speaker phone, I'm going

15   to ask you to use a handset because it is a bit difficult to

16   understand what you are saying.

17        MR. KRINSKY:  Your Honor?

18        THE COURT:  Much better, thank you.

19        MR. KRINSKY:  I apologize.

20        Your Honor, unfortunately I don't know the docket

21   number of the original order to show cause that was filed.

22        THE COURT:  All right, well let's work through the

23   Court's calendar and see if we can make some progress on

24   simplifying the matters before the Court.  I'm concerned when I

25   see as many as fourteen matters being carried.

1          With respect to the application to employ Troutman

2     Sanders, it's not clear to me yet whether we are going to be

3     able to bring that record to closure today.  I will be pleased

4     if we can, but I'm not going to take a contested -- I'm not

5     going to hear an argument over the phone.  I took from the

6     letters that we were done, when I saw the suggestion that we

7     would be able to bring to an immediate conclusion the

8     evidentiary hearing; it seemed to me telephonic was the way to

9     go, especially in view of the issues that arose in connection

10    with scheduling.  But we'll see.

11          Next is the adjourned motion for violation of the

12    automatic stay; number 179 on the docket.  Who is the proponent

13    of that motion?

14          No response?  In the absence of a proponent, I'm going

15    to mark it off the calendar.

16          MR. STREMBA:  Your Honor -- it's Lee Stremba -- could

17    we go back for a moment to the issue that Mr. Krinsky raised,

18    maybe I can get past that one for you?

19          THE COURT:  Please proceed.

20          MR. STREMBA:  The issue as I understand it is the

21    production of communications in 2008 with respect to whatever

22    conflicts check was done when the Klein brothers first

23    contacted Troutman Sanders.  And I think that goes to the issue

24    of whether Troutman Sanders in fact came to represent Mr. Klein

25    personally, rather than his company GRV or perhaps both.

Case 1-10-44815-ess    Doc 345    Filed 12/14/11    Entered 12/14/11 11:34:49
Case 1:12-cv-03337-JG    Document 48    Filed 07/05/12    Page 14 of 51 PageID #: 1160
CHRISTINE PERSAUD, KLEIN v. PERSAUD, KLEIN v. PEREIRA

Page 14

1    Although I believe that Troutman Sanders came to represent GRV,

2    I am prepared to assume for purposes of closing this hearing,

3    that Troutman Sanders represented either Mr. Klein or GRV or

4    both.  I think the real questions here are not who we

5    represented, but whether there is a substantial relationship

6    between the engagement -- the two month engagement -- in 2008

7    and the current proposed engagement with the trustee; and two,

8    whether there was any confidential information disclosed by Mr.

9    Klein which the trustee could now use in a matter materially

10   adverse to Mr. Klein.  I think there's nothing in the record on

11   either of those points and therefore it would be -- I see no

12   reason to belabor the issue of who Troutman Sanders

13   represented.  And as I said, I'm therefore willing to stipulate

14   just for purposes of the hearing that Troutman Sanders in 2008

15   represented any or all of Mr. Klein and GRV.

16       THE COURT:  You know. It's an interesting point that

17   you raise and it brings me to a question that I -- and I

18   anticipated you might come back to once we got through the

19   fourteen matters on the calendar to see what can be eliminated,

20   deferred or marked off without prejudice -- and that is this;

21   it seems to me that having had -- the party's positions have

22   evolved to some extent and the issues that you are now

23   disputing have changed to some extent -- and the issues that

24   you are not disputing have grown as you just indicated -- and

25   it seems to me that it may be appropriate against that

CHRISTINE PERSAUD, KLEIN v. PERSAUD, KLEIN v. PEREIRA

1    background to do what I sometimes -- not uniformly -- but

2    sometimes do following a trial and evidentiary hearing, which

3    is to ask the parties to make post-trial -- post-hearing --

4    submissions with citation to the record on the issues that you

5    now -- not a joint submission, I'll do it if you think you'd be

6    productive, but I think it will be passed the point that a join

7    submission will be useful -- but precisely as you say, Mr.

8    Stremba, it seems to me that the ground has shifted a bit from

9    what you are initially arguing to what you are arguing

10   presently, each of you, and so I'll just --

11          MR. STREMBA:  Well Your Honor, I think --

12          THE COURT:  -- you should know what that's for the

13   reasons you indicate --

14          MR. STREMBA:  -- the issues as it --

15          THE COURT:  -- that's something that I may be asking

16   you to do and I know the parties are eager to have this

17   resolved and I would be prepared to accept those submissions on

18   as expedited a basis as you are able to get them to me.  I

19   don't know if you have copies of all the transcripts yet, but,

20   you know, things like that will help of course.

21          MR. STREMBA:  Absolutely, we have not read the

22   transcripts.  I just don't know that it's necessary or

23   productive.  I think the two issues --

24          THE COURT:  Well Mr. Stremba, that's really for me to

25   decide whether --

```
 1              MR. STREMBA:  Yes, absolutely, Your Honor.

 2              THE COURT:  -- it's necessary is whether I order it;

 3      whether it's productive, is really a question for the Court.

 4              MR. STREMBA:  I'm sorry; yes.  Absolutely.  I was just

 5      suggesting --

 6              THE COURT:  You know, if you don't want to spend the

 7      time on it, you can always decline to file -- well, actually I

 8      don't know that you can decline to file that which I direct you

 9      to file --

10              MR. STREMBA:  No, Your Honor.

11              THE COURT:  -- but --

12              MR. STREMBA:  No, I was just suggesting that the one

13      issue that has shifted is this issue of who Troutman Sanders

14      represented; that's an issue that was open and I'm willing to

15      assume for the purposes of ending and closing the record.

16      Other than that I don't think there has been any other changes,

17      issues, that we would need to set forth in a submission.

18              THE COURT:  But Mr. Stremba, I think exactly as you

19      say, what has shifted is the question that the parties are

20      asking the Court to decide; which is whether the

21      representation, which seems to me to be whether the

22      representation -- I'll say the first representation -- is

23      substantially related to the proposed second representation.

24      And I see how you have each to some extent argued that

25      previously, but it was not a focus of your prior submissions
```

Case 1:12-cv-03337-JG    Document 1-48    Filed 07/05/12    Page 17 of 51    PageID #: 1163

Page 17

1    and I haven't looked back at the briefs in the last couple of

2    days, but I can't tell you for certain that the question of

3    substantially relatedness -- of substantial relatedness -- is

4    something that -- and the appropriate legal standard -- is

5    something that's significant subject of your legal briefing.

6    It seems to me the issues have been refined significantly since

7    this matter was initially scheduled for a September 27th

8    hearing.

9            So let's come back to moving through the docket, then

10   we'll revisit the question of how to proceed -- and I guess I'm

11   still not clear on whether the parties are done or not.  If

12   someone is looking to introduce additional evidence that they

13   are seeking in discovery, then we are not done.

14           MR. STREMBA:  Your Honor --

15       (Speaking in unison)

16           THE COURT:  And that seems to be the situation with

17   respect to the 2008 e-mails.  It also may be that this is

18   simply too complicated to do over the telephone and I'll need

19   to bring you in.  But I'm trying to be as efficient as I can

20   and I had an impression from the letters that we were actually

21   at closure on these issues; if we are not then we're not.

22           MR. STREMBA:  Your Honor, it's Lee Stremba.

23           I just don't see what issue is left and why that

24   discovery is necessary if we're willing to stipulate to the

25   fact.  And I think all we're doing is -- this is really no more

1     than another request for a delay.

2              If Your Honor would like us to make written

3     submissions as to what the remaining issues are --

4              THE COURT:  No, it will -- Mr. Stremba, let's hear

5     from Mr. Krinsky.

6              Mr. Krinsky, you're looking for some -- given Mr.

7     Stremba's statement --

8         (Speaking in unison)

9              THE COURT:  -- that he is prepared to stipulate --

10             MR. KRINSKY:  Your Honor, with all due respect to Mr.

11    Stremba, we don't accept that stipulation.  The order show

12    cause docket number 252, request the 2008 e-mails; this has now

13    become even more of a moving target when someone denies -- and

14    it's a contested issue -- when someone denies that they ever --

15    law firm -- denies that they ever represented an individual,

16    and that keeps shifting one way or the other, based upon the

17    evidence that's now before the Court we believe that the 2008

18    e-mails are directly relevant to this issue in determining --

19             THE COURT:  Can you tell me where on this morning's

20    calendar that is?  It seems to me that's number 3,

21    reconsideration of the application for an order to show cause;

22    no?  Well tell me are where we are on the calendar?  The

23    parties have filed things in a number of ways.  I'm looking for

24    your guidance as to what it is that you are referring to.

25             MR. STREMBA:  This matter is not on the calend --

1          MR. KRINSKY:  It is not, correct.

2          THE COURT:  What number on the docket?

3          MR. KRINSKY:  It's the order to show cause, is 252.

4          THE COURT:  Did I issue an order to show cause?  I

5     don't think so.

6          MR. KRINSKY:  I'm sorry, 285; I apologize, Your Honor.

7          THE COURT:  285?  Just one second.  Well, if it's not

8     on the calendar, then the short answer is it's not before me

9     today.

10          My friends, I don't think we're making a lot of

11     headway this way.  I would like to move through the things that

12     are on the calendar; do what we can and then do what must be

13     done thereafter.  But on the docket that has hundreds of

14     entries, we need to be methodical or this case will become even

15     more unwieldy than it has already, to my regret, become.

16          So I'm going to defer consideration of anything not on

17     the calendar; let's take number 2 on the calendar, the

18     adjourned motion for violation of the automatic stay and to

19     void certain decisions of the State Supreme Court; who is the

20     proponent of that application?

21          No response?  I'll say that the motion is filed by Mr.

22     Zilberberg --

23          (Speaking in unison)

24          THE COURT:  -- it appears to be filed by Mr.

25     Zilberberg.

1          MR. KRINSKY:  Creditor Klein is the proponent, Your

2     Honor.

3          Joel Lewittes, are you there?

4          THE COURT:  Right.  Creditor Klein is well represented

5     on this phone call.

6          MR. LEWITTES:  Which one are we talking about?

7          THE COURT:  Number 2 in the morning's calendar.

8          MR. LEWITTES:  Yeah, I think it was Mrs. Persaud's

9     counsel brought a motion seeking relief from the automatic stay

10    to proceed in State Court and continue if a claim to be an

11    action relating to the confirmation of the arbitration award.

12         That was proposed and the proponent is counsel for

13    Mrs. Persaud.  And we --

14         (Speaking in unison)

15         THE COURT:  Well that seems different than what we see

16    in the record.

17         You think the proponent of this relief is counsel for

18    Persaud?

19         MR. LEWITTES:  We just received a motion --

20         MR. LANDAU:  No, counsel --

21         MR. LEWITTES:  -- for relief from the stay -- for a

22    modification of the stay --

23         MR. LANDAU:  -- counsel for the debtor --

24         MR. LEWITTES:  -- just about --

25         THE COURT:  We need only one person to speak at a

Case 1-10-44815-ess    Doc 345    Filed 12/14/11    Entered 12/14/11 11:34:49
Case 1:12-cv-03337-JG    Document 1-48    Filed 07/05/12    Page 21 of 51 PageID #: 1167
CHRISTINE PERSAUD, KLEIN v. PERSAUD, KLEIN v. PEREIRA

Page 21

1  time; I need to ask you to be quiet.  Thank you and I apologize

2  for using that phrase, on the telephone please.

3          MR. LEWITTES:  Of the --

4          THE COURT:  Well, here's how I'd like to proceed.

5      (Speaking in unison)

6          THE COURT:  With respect to the adjourned hearing on

7  the application from Troutman Sanders, I'm satisfied that we

8  are not in a position to close that record because there were

9  open issues identified, though perhaps not briefed between the

10  parties.  I need you to identify -- if there are any further

11  issues with respect to the opposition -- is there any further

12  record you are seeking to make?  I take it there is.  Is that

13  correct?

14          MR. KRINSKY:  That is correct, Your Honor.

15          THE COURT:  All right.  Mr. Krinsky, what is that?

16          MR. KRINSKY:  That is the subject of the order to show

17  cause, requesting the 2008 e-mails --

18          THE COURT:  I need to be clear about something; only

19  the Court can issue an order to show cause.  There is no order

20  to show cause in that regard; you may have made a request for

21  one, but that's different.  The practice point --

22          MR. KRINSKY:  The application that is now --

23          THE COURT:  -- but it's important.

24          MR. KRINSKY:  -- pending before the Court.

25          THE COURT:  Mr. Krinsky, where is that on the Court's

Case 1-10-44815-ess    Doc 345    Filed 12/14/11    Entered 12/14/11 11:34:49
Case 1:12-cv-03337-JG    Document 48    Filed 07/05/12    Page 22 of 51 PageID #: 168
CHRISTINE PERSAUD, KLEIN v. PERSAUD, KLEIN v. PEREIRA

Page 22

```
 1  calendar?

 2          MR. KRINSKY:  I don't believe that it was issued --

 3          THE COURT:  Where is it on the docket?

 4          Here's what I'm going to do:  I'm going to direct the

 5  parties to review the docket and all open matters, and be

 6  prepared to address any of them and all of them at our next

 7  hearing; all right?  It will be a much better use of your time

 8  if we proceed that way.

 9          I'm secondly going to -- I anticipate that at our next

10  hearing, whenever it is -- I will set a schedule to receive

11  post-hearing briefs with reference to the record in the

12  application to employ Troutman Sanders.  I intend to do all of

13  this absolutely as promptly as possible because I have the

14  greatest desire to move this matter forward; I'm sure you do as

15  well.  But I am finding that this telephonic conference this

16  morning, scheduled in anticipation of being able to close the

17  record and the retention, is not going to succeed in that way

18  because we are unable to close that record due to the open

19  issues.  It may be that we can resume as soon as this

20  afternoon, but I will need you to be absolutely prepared to

21  answer each and all of these questions.  You need to know what

22  requests for relief you are the proponent of.

23          With respect to the 2004 applications, partial relief

24  has been granted; those need to be carried because there's

25  additional relief sought.  I don't intend to issue further
```

1    relief on those today; I think the process that is underway in

2    connection with production of documents -- which was my effort

3    to proceed in measured steps -- needs to continue.

4            And that --

5            MR. LEWITTES:  Your Honor, this is Joel Lewittes --

6            THE COURT:  -- it appears to take care of a

7    considerable amount of what's on the docket; the applications

8    for order to show cause.

9            With respect to the application for reconsideration of

10   the orders to show cause, it seems to me that those can be

11   marked off the calendar because --

12           MR. LEWITTES:  Yes; Joel Lewittes; Your Honor, the

13   status of that is simply this:  Your Honor denied Klein's

14   motion for reconsideration; we thereafter went to the district

15   court seeking a stay pending appeal.  That application for a

16   stay pending appeal was denied by the district court.  Mr.

17   Zilberberg thereafter contacted the accountant for the trustee

18   and some documents -- I think just before Thanksgiving -- were

19   transmitted to the trustee and the trustee was informed that

20   since Mr. Zilberberg will be out of the country until December

21   the 7th, following that date of his return, they intend to

22   produce many more documents.  So --

23       (Speaking in unison)

24           THE COURT:  That sounds like a very sensible way to

25   proceed.

Case 1-10-44815-ess    Doc 345    Filed 12/14/11    Entered 12/14/11 11:34:49

Case 1:12-cv-03337-JG    Document 1-48    Filed 07/05/12    Page 24 of 51 PageID #: 1170
CHRISTINE PERSAUD, KLEIN v. PERSAUD, KLEIN v. PEREIRA

Page 24

```
 1            MR. LEWITTES:  -- right now.

 2            THE COURT:  I'm grateful to know that and that sounds

 3     like a very sensible way to proceed.  And very much in line

 4     with what I have in mind, I have to say.

 5         (Speaking in unison)

 6            MS. SINISI:  -- trustee --

 7            THE COURT:  So I shall mark off the calendar -- and it

 8     seems appropriate to mark off the calendar the reconsideration

 9     requests.  It seems to me that you now having taken that step

10     in the district court especially, separate from what the Court

11     did, those are no longer matters that need to be on the

12     calendar.  I think we do need to continue to carry of course,

13     the request for 2004 relief and we'll continue to go in the

14     appropriate and likely small steps.

15            With respect to the retention --

16            MS. SINISI:  Your Honor, Ann Marie Sinisi for --

17            THE COURT:  Ms. Sinisi, please let me finish getting

18     through the calendar; then you're each going to have an

19     opportunity to put on the record anything that's helpful in

20     moving this forward.

21            As to the Troutman Sanders retention, we've covered

22     that, we'll come back to that; as to the stay violation motion,

23     the same.  Reconsideration number 3 on the docket will be

24     marked off, that will be so ordered.  The 2004 applications

25     will be adjourned, and that brings us up to the pre-trial
```

Case 1:12-cv-03337-JG   Document 1-48   Filed 07/05/12   Page 25 of 51   PageID #: 1171
CHRISTINE PERSAUD, KLEIN V. PERSAUD, KLEIN V. PEREIRA

1    conference in the two adversaries and those will be adjourned.

2           All right; now I'd like to hear from any counsel with

3    respect to the status of these matters.  I encourage you to

4    have in mind that I'm not taking argument on any contested

5    matters telephonically, so it's simply a question of status.

6           Ms. Sinisi, let's start with you.

7           MS. SINISI:  Good morning, Your Honor; Ann Marie

8    Sinisi from Pereira & Sinisi for the trustee.

9           For the record Your Honor, with regard to Mr.

10   Lewittes' statements regarding the 2004, the trustee is eagerly

11   awaiting the production of the documents that we were supposed

12   to be receiving and he has not consented to any delay until

13   December 7th due to Mr. Zilberberg's schedule.  These documents

14   have been requested; the production request has been standing

15   for some time and the -- oh, to the 18th, I'm sorry -- the

16   delay -- oh yeah, they were due on the 18th, so --

17          THE COURT:  Production to commence on the 18th, Ms.

18   Sinisi, just to be clear; isn't that what the order says?

19          MS. SINISI:  Yes.

20          THE COURT:  All right, not to be completed but to be

21   commenced.  I'm not looking for any delay or dilatory tactics

22   in connection with complying with that order, but it -- the

23   words were chosen with care.

24          MS. SINISI:  Yes.

25          THE COURT:  Anything further?  I take it that you

1    don't disagree that the applications to reconsider should be

2    marked off and the 2004 requests should be carried?  And

3    unfortunately, I see no choice but to carry the application to

4    employ but I'm inclined to do that for a very short period;

5    perhaps only to a second call this afternoon so that I can have

6    the benefit of the parties' positions with respect to whether

7    in fact that record is closed; as I indicated it seems to me

8    "closed, except" is not the same as closed.

9         All right.  Ms. Sinisi, anything further?

10         MS. SINISI:  No Your Honor; just request that the

11   order as you stated -- as you referred to -- be complied with.

12         THE COURT:  All right.  I assume orders will be

13   complied with, and I have that expectation with respect to

14   every party in every case. And I --

15         MR. LEWITTES:  Your Honor, Joel Lewittes --

16         THE COURT:  -- am thankfully rarely disappointed.

17      (Speaking in unison)

18         THE COURT:  All right; Mr. Landau, anything to add?

19         MR. LANDAU:  No, other than with respect to the issue

20   of the claim that the proceeding in the State Court, vis-à-vis

21   the appellate process was in violation of bankruptcy law,

22   obviously we oppose that.

23         THE COURT:  I'm not hearing that right now; I'm not

24   taking any contested argument.  That is the matter that is

25   number 2 in the calendar --

Case 1-10-44815-ess    Doc 345    Filed 12/14/11    Entered 12/14/11 11:34:49
Case 1:12-cv-03337-JG    Document 1-48    Filed 07/05/12    Page 27 of 51 PageID #: 1173
CHRISTINE PERSAUD, KLEIN v. PERSAUD, KLEIN v. PEREIRA

Page 27

```
1            MR. LANDAU:  Other than that, I have no --

2            THE COURT:  Right.

3            MR. LANDAU:  -- no further word.

4            THE COURT:  All right, thank you.  Let's see, working

5    down my list; on behalf of the creditor Klein, Mr. Krinsky, can

6    you speak for yourself and Mr. Lewittes?  You've been taking

7    the lead I think.

8            MR. KRINSKY:  Mr. Lewittes is prepared to speak to all

9    issues other than the issue of retention of Troutman Sanders,

10   which I am prepared to speak on.

11           THE COURT:  All right.  With respect to the

12   retention --

13       (Speaking in unison)

14           THE COURT:  -- with respect to the retention, Mr.

15   Krinsky, I will need to know -- and I think we will have a

16   second call this afternoon -- since you do not rest with

17   respect to your opposition to the retention I will need to know

18   in the plainest terms, with the greatest amount of consent

19   between the parties as to any issues, what remains to be done

20   and we'll have that at -- we'll reconvene telephonically for

21   that at -- what?  2, 2:30?

22           THE CLERK:  2:30.

23           THE COURT:  At 2:30 this afternoon so you can be

24   prepared to address that.

25           As to all other issues, Mr. Lewittes?
```

Case 1:12-cv-03337-JG    Document 1-48    Filed 07/05/12    Page 28 of 51 PageID #: 174
CHRISTINE PERSAUD, KLEIN v. PEREIRA

 1          MR. LEWITTES:  Yes, Your Honor; I was just beginning

 2    to say that Ms Sinisi I think gave the Court -- or perhaps gave

 3    me the impression -- that we were somehow not conforming to

 4    this Court's order.

 5          THE COURT:  I did not take that impression from her

 6    statements so you don't need to concern yourself with that.

 7          MR. LEWITTES:  Okay.  That's about all I have to say

 8    at this moment.

 9          THE COURT:  Okay; all right.

10          Mr. StrembA and Mr. Campo, that brings me to you.  I

11    see Mr. Stremba you're speaking on behalf of the firm?

12          MR. STREMBA:  Yes, Your Honor.

13          THE COURT:  All right.  Anything further to add?

14          MR. STREMBA:  No, Your Honor.

15          THE COURT:  All right; I'd like to -- you're having a

16    second call until 2:30; we'll reconvene this telephonic

17    conference at 2:30.  You can dial in via the CourtCall service

18    and what my question for the parties will be, what further, if

19    anything, are you seeking that you have not been able to

20    resolve via agreement or stipulation with respect to completing

21    that record.  And I'm going to say in the strongest possible

22    terms, that I hope we are able to bring this record to closure;

23    today or very soon.  And I suspect the parties share the

24    Court's interest in doing that.

25          MR. LANDAU:  Your Honor, are we just simply addressing

```
 1   this afternoon, the issue of retention?

 2           THE COURT:  I need -- the matter -- well all of these

 3   matters will be carried; you should be prepared to address any

 4   of them, okay?

 5           Thank you.

 6           MR. LANDAU:  Well, I won't be able to appear this

 7   afternoon, Your Honor.

 8           THE COURT:  I have to ask you to do your best.  I'll

 9   try to keep it prompt and short, all right?

10           Thank you very much.

11           MR. LANDAU:  I won't be --

12           IN UNISON:  Thank you, Your Honor.

13           THE CLERK:  All rise.

14       (Recess from 10:31 a.m. until 3:04 p.m.)

15           THE CLERK:  Second call in all Persaud matters.

16   Parties in the courtroom and on the telephone please state your

17   appearances.

18           THE COURT:  All right, let's begin with the

19   appearances in the courtroom.

20           MR. PREZIOSI:  Good afternoon, Your Honor; Stephen

21   Preziosi, of counsel to Mr. Samuel Landau, for the debtor, Ms.

22   Christine Persaud.

23           THE COURT:  All right.  So you are counsel for Ms.

24   Persaud, the Chapter 7 debtor.

25           On the telephone, please?
```

1          MR. STREMBA:  Lee Stremba and John Campo, Troutman

2     Sanders for the trustee and Troutman Sanders.

3          THE COURT:  Thank you.

4          And for Mr. Klein?

5          MR. LEWITTES:  Joel Lewittes, of counsel to Mr.

6     Zilberberg, representing Klein, the creditor.

7          THE COURT:  All right, and also for Mr. Klein, do we

8     have Mr. Krinsky?

9          MR. KRINSKY:  You do; as well as Sarah Moskowitz on

10    the phone as well, for Mr. Zilberberg's office.

11          THE COURT:  Okay; thank you all.  And thank you for

12    being available for this continued hearing.  It was extremely

13    helpful for me to be able to go back and review the record and

14    refresh my recollection that as to number 252 -- two hundred

15    fifty-two -- on the docket, that motion was marked "submitted"

16    at the end of October with a schedule for some additional

17    briefing which has now been completed and I anticipate the

18    prompt entry of an order.

19          Which brings me to a review of the matters that remain

20    open.  They are the 2004 requests as to which partial relief

21    has been granted; we will come up with a continued hearing date

22    for those.

23          The two adversary proceedings where we have pre-trial

24    conferences, 11-1456 and 10-1228, we will have an adjourned

25    date for those pre-trial conferences as well.

Case 1:12-cv-03337-JG   Document 4-8   Filed 07/05/12   Page 31 of 51   PageID #: 1177

1       And then of course the motion for violation of the

2   automatic stay; and other relief; and finally the contested

3   counsel retention application which is on consent, granted in

4   part.

5       Having thought a lot about the parties' positions as

6   stated this morning and having had the benefit of the last

7   couple of hours to review and reflect on the state of the

8   overall record here, I'm satisfied that we are not yet in a

9   position to close the record despite my misinterpretation of

10  the statements in the parties' correspondence to the effect

11  that we would be able today, to bring this hearing to an

12  immediate conclusion, and so I think we are down, really, to

13  scheduling, and the question is when the parties are available

14  to appear in person.  I will accommodate to the best of my

15  ability but I cannot be completely constrained by so many

16  parties' schedule or we'll be doing this in months as opposed

17  to in a few days or weeks.

18      And so what I would like to do is first, clarify that

19  I was simply in error this morning when I indicated that there

20  was -- that that number 252 in the docket was something I was

21  expecting other than the briefs that were filed recently from

22  the parties on, and I will be getting you an order on that with

23  great promptness.  And then I think it's a question of when the

24  parties are available to close that record in the next week or

25  two.  My notes are that Mr. Zilberberg is out of the

```
 1    jurisdiction, perhaps out of the country, through December

 2    7th -- is that right?

 3            MR. LEWITTES:  Yes, I believe it is; it's Joel

 4    Lewittes.

 5            THE COURT:  Thank you, Mr. Lewittes.

 6            So we are looking for a date promptly thereafter, and

 7    I think a possibility will be by -- my goal will be to do this

 8    some time on the 14th through 16th of December.  And I will

 9    hear from the parties as to any scheduling conflicts during

10    those days.

11            MR. LEWITTES:  This is Mr. Lewittes --

12            THE COURT:  And I'll say there's one other possibility

13    I see in my schedule -- let me step back; I am also looking at

14    the possibility of scheduling this late in the week of the

15    7th -- the week of the 5th -- with matters already on my

16    calendar this -- the only time available appears to be late

17    enough in the day on Friday -- even early afternoon -- that I

18    don't think it would be a practical matter from a standpoint of

19    completing early enough on Friday afternoon.  So let's look at

20    the possibility of -- well, let me hear from the parties as to

21    their schedule.  It will be my goal not to require you to move

22    anything but it may be that all parties and even the Court are

23    making some adjustments to get everything in and close this

24    record out.  One possibility may well be something like nine in

25    the morning on Friday the 16th.
```

1           MR. STREMBA:  Your Honor, Troutman Sanders is okay on

2    14th, 15th or 16th.

3           THE COURT:  Thank you, Mr. Stremba.

4           With respect to Mr. Klein?

5           MR. LEWITTES:  This is Joel Letwittes.

6           THE COURT:  And I'll note for the record that I'm

7    already accommodating Mr. Klein's counsel in not scheduling

8    this between now and December 7th or 8th.

9           MR. LEWITTES:  Right.  I just want to say that some of

10   those on the table accompanying Mr. Zilberberg have a problem

11   on Fridays.  So if you could make it the 14th or 15th --

12          THE COURT:  Well, Friday morning -- is Friday morning

13   a problem?

14          MR. LEWITTES:  Not in the morning.

15          MR. KRINSKY:  I believe not, Your Honor.

16          THE COURT:  Friday morning at 9 o'clock is one

17   possibility.

18          MR. LEWITTES:  Okay; that's okay.

19          MR. KRINSKY:  Your Honor, it's Pery Krinsky.  I'm now

20   scheduled to be on trial which I moved to deal with these

21   issues, so that this took priority, on the 7th, the 8th, the

22   14th and the 15th.

23       (Speaking in unison)

24          THE COURT:  All right, so that points to the 16th as

25   well.

 1          MR. KRINSKY:  I'm sorry?

 2          THE COURT:  That points equally well to the 16th.

 3          THE COURT:  All right.  I think that's our best day.

 4     You can anticipate that that's likely when we'll be continuing

 5     these matters.  We'll have a continued pre-trial conference in

 6     each of the two adversary proceedings.

 7          I want you to come prepared to address all issues in

 8     those matters including whether the matters remain live;

 9     whether you need discovery in those cases, you should know that

10     in a general way I look at a fairly short discovery schedule;

11     sixty days is where I start and I shorten or lengthen it based

12     on the needs of the situation.  We have a couple of motions,

13     including a motion that has been described, but perhaps not

14     filed, seeking stay relief in the State Court.  And that may be

15     an appropriate date and time to be heard as well, but I'm going

16     to defer all matters of scheduling to my courtroom deputy who

17     is far more skilled than I in navigating those kinds of things.

18          Right; so as for today, based on the entire record I'm

19     satisfied it is not possible yet to close the record.  With

20     respect to the application to employ Troutman Sanders, because

21     of the open questions remaining with respect to evidence, we'll

22     have a continued hearing on that subject to further order of

23     the Court on December 16th at 9 o'clock.

24          With respect to the second matter in today's calendar

25     that will similarly -- the adjourn motion for violation of the

Case 1-10-44815-ess    Doc 345    Filed 12/14/11    Entered 12/14/11 11:34:49
Case 1:12-cv-03337-JG   Document 1-48   Filed 07/05/12   Page 35 of 51   PageID #: 1181
CHRISTINE PERSAUD, KLEIN v. PERSAUD, KLEIN v. PEREIRA

Page 35

1      automatic stay -- if we need anything further on that I may

2      issue a scheduling order, but otherwise we'll be having a

3      continued hearing on December 16th at 9 o'clock and the matter

4      may well be resolved then so you should come absolutely, fully

5      prepared.

6              With respect to the reconsideration application, as

7      indicated previously, that'll be marked off and so ordered; and

8      that is for Mr. Gottehrer.  And I take it that counsel -- who

9      has represented Mr. Gottehrer in the past and who is on this

10     call -- is as to the matters concerning Mr. Gottehrer also

11     representing him; is that right?  That would be from Mr.

12     Zilberberg's office?

13             MR. LEWITTES:  Yes I believe so; this is Joel

14     Lewittes.

15             THE COURT:  Thank you, Mr. Leweittes.  And we will

16     note his appearance -- or appearance on behalf of him.  Same as

17     to Mr. Joel Klein; is that right, Mr. Lewittes?  You're

18     appearing on his behalf as well?

19             MR. LEWITTES:  Yes it is, Your Honor.

20             THE COURT:  And thereto, the reconsideration

21     application is marked off the calendar; that will be so

22     ordered.  The 2004 examination application will be adjourned.

23             With respect to Caring Home Care Agency, to the extent

24     that they have appeared in this matter pursuant to -- or

25     represented by -- the same counsel representing Mr. Klein, I

Case 1:12-cv-03337-JG    Document 1-48    Filed 07/05/12    Page 36 of 51    PageID #: 1182

 1   will also note the appearance of Caring; the reconsideration

 2   will be marked off the calendar; that will be so ordered.  The

 3   2004 application will be adjourned; the adjourned date will be

 4   December 16th at 9 o'clock, subject to further order of the

 5   Court.

 6           With respect to Mr. Klein -- Abraham Klein -- the

 7   reconsideration application is marked off the calendar; that

 8   will be so ordered.  His appearance is noted.  The same with

 9   respect to the 2004 examination request; that has previously

10   been granted in part.  As for today it will be adjourned to

11   that same sate, December 16th at 9 o'clock.

12           With respect to Mr. Escobar, the reconsideration

13   application will be marked off the calendar; that'll be so

14   ordered, his appearance is noted by the same counsel that have

15   appeared for him in the past from -- by/or on behalf of Mr.

16   Zilberberg's office.  And the application for the 2004

17   examination will be adjourned to the same date, December 16th

18   at 9 o'clock.

19           As previously noted the pre-trial conferences, I've

20   noted the appearance of the plaintiff and the defendant and

21   those will be adjourned till December 16th at 9 o'clock.

22           I exhort counsel to take the CM/ECF training that's

23   available here because we need you very much to be able to file

24   electronically; have you signed up for that?  A course coming

25   up this week?  Excellent.

1      MR. PREZIOSI:  This Friday morning, Your Honor.

2      THE COURT:  December 16th at 9 o'clock for those two

3  pre-trials.

4      And I think that's it.  Anything further, you'll see a

5  scheduling order necessary from the Court.  I -- based again,

6  on a chance to step back and look at the entire record, my

7  present view actually is that the briefing on the various

8  issues and the Court's access to the record may well be

9  sufficient; in all events, we have a continued hearing date in

10  December 16th; you'll be here in person on the retention issue.

11  I'm not looking for -- and do not request -- any further briefs

12  between now and then.  And I'm going to do my best to work with

13  the record we have already; it's extensive in many ways; some

14  of the ways in which it is extensive no longer relate directly

15  to matters that are contested between the parties but that

16  doesn't mean that the contested matters may not already be the

17  subject of adequate briefing and I'm going to do my best not to

18  impose any further burdens on the parties other than the very

19  many that you have shouldered so far; all right?

20      So I'll see you on December 16th at 9 o'clock and I'll

21  be getting out an order today or first thing tomorrow with

22  respect to that motion that was marked "submitted" on October

23  28th or so; and I wish you a good afternoon.

24      Thank you again.

25      (Whereupon these proceedings were concluded at 3:18 PM)

Case 1-10-44815-ess    Doc 345    Filed 12/14/11    Entered 12/14/11 11:34:49
Case 1:12-cv-03337-JG    Document 1-48    Filed 07/05/12    Page 38 of 51 PageID #: 1184

Page 38

```
 1

 2                           I N D E X

 3

 4                           RULINGS

 5                                        Page      Line

 6   Application to Employ Troutman Sanders,    34        22

 7   Continued to Dec. 16

 8   Adjourned Motion for Violation of Automatic    35        3

 9   Stay, Continued to Dec. 16

10   Adjourned Hearing on the Reconsideration of    35        7

11   the Order to Show Cause Application re:

12   Philip Gottehrer, Marked Off

13   Adjourned Hearing on the Reconsideration of    35        21

14   the Order to Show Cause Application re:

15   Joel Klein, Marked Off

16   2004 Examination Application re: Joel Klein,    35        22

17   Adjourned to Dec. 16

18   Adjourned Hearing on the Reconsideration of    36        1

19   the Order to Show Cause Application re:

20   Caring Home Agency, Marked Off

21   2004 Examination Application re: Caring    36        3

22   Home Agency, Adjourned to Dec. 16

23   Adjourned Hearing on the Reconsideration of    36        7

24   the Order to Show Cause Application re:

25   Abraham Klein, Marked Off
```

Case 1-10-44815-ess   Doc 345   Filed 12/14/11   Entered 12/14/11 11:34:49
Case 1:12-cv-03337-JG   Document 1-48   Filed 07/05/12   Page 39 of 51 PageID #: 1185

Page 39

1

2                        RULINGS (continued)

3    2004 Examination Application re:              36        10

4    Abraham Klein, Adjourned to Dec. 16

5    Adjourned Hearing on the Reconsideration of   36        13

6    the Order to Show Cause Application re

7    Melquisedec Escobar, Marked Off

8    2004 Examination Application re:              36        16

9    Melquisedec Escobar, Adjourned to Dec. 16

10   Pre-trial Conferences, Both Adjourned to Dec. 36        21

11   16th

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 40

C E R T I F I C A T I O N

I, Devora Kessin, certify that the foregoing transcript is a

true and accurate record of the proceedings.

_____

DEVORA KESSIN

AAERT Certified Electronic Transcriber (CET**D-636)

Veritext

200 Old Country Road

Suite 580

Mineola, NY 11501

Date:  December 5, 2011

### &

**&**   6:3,11,19 8:18
25:8

### 0

**08**   12:13

### 1

**1**   4:11,16 7:10 38:18
**1/5/11**   4:12
**10**   39:3
**10-01228**   1:9
**10-1228**   30:24
**10-44815**   1:6
**10/19/10**   4:12
**10/28/11**   2:4,8,19
3:5,15,25 4:9,13,17
**10018**   5:23
**10036**   6:14
**10107**   5:6
**10174**   5:14 6:23
**10279**   6:6
**10:31**   29:14
**11-01456**   1:13
**11-1456**   30:24
**11/14/11**   2:4,9,14,19
2:23 3:5,10,15,20
3:25 4:4,9,14,17
**11/4/10**   4:12
**11/8/11**   2:4,8,19 3:5
3:15,25 4:9,13,17
**11501**   40:16
**12/14/10**   4:12
**1211**   6:13
**13**   39:5
**14**   7:10
**14th**   32:8 33:2,11
33:22
**15th**   33:2,11,22
**16**   38:7,9,17,22 39:4
39:8,9
**16th**   32:8,25 33:2
33:24 34:2,23 35:3
36:4,11,17,21 37:2
37:10,20 39:11
**179**   2:6 13:12
**182**   2:2

**187**   2:2
**18th**   25:15,16,17
**195**   4:3,7
**196**   2:13,17
**197**   2:22 3:3
**198**   3:8,13
**199**   3:19,23

### 2

**2**   19:17 20:7 26:25
27:21
**2/2/11**   4:12
**200**   40:14
**2004**   2:13,17,23 3:3
3:8,13,19,23 4:3,7
22:23 24:13,24
25:10 26:2 30:20
35:22 36:3,9,16
38:16,21 39:3,8
**2008**   11:16,20 13:21
14:6,14 17:17 18:12
18:17 21:17
**201**   3:12
**2011**   1:20 9:18
12:13 40:18
**202**   3:22
**203**   3:2
**204**   4:6
**21**   38:13 39:10
**214**   2:16
**22**   38:6,16
**228**   2:2
**233**   6:5
**23rd**   9:11,18
**250**   5:5
**252**   18:12 19:3
30:14 31:20
**271**   1:17
**272**   2:12
**27th**   17:7
**28**   1:20
**285**   19:6,7
**28th**   9:19 37:23
**292**   2:21
**293**   4:2
**294**   3:17
**295**   2:11

**296**   3:7
**2:30**   27:21,22,23
28:16,17

### 3

**3**   18:20 24:23 38:8
38:21
**3/10/11**   4:12
**34**   38:6
**35**   38:8,10,13,16
**36**   38:18,21,23 39:3
39:5,8,10
**3:04**   29:14
**3:18**   37:25

### 4

**4/7/11**   4:13
**405**   5:13 6:21

### 5

**5**   40:18
**5/20/11**   4:13
**570**   5:22
**57th**   5:5
**580**   40:15
**5th**   32:15

### 6

**6/17/11**   4:13
**636**   40:11

### 7

**7**   6:20 29:24 38:10
38:23
**7th**   6:22 23:21
25:13 32:2,15 33:8
33:21

### 8

**8/16/11**   4:13
**8th**   12:7 33:8,21

### 9

**9**   9:19 33:16 34:23
35:3 36:4,11,18,21
37:2,20
**9/13/11**   2:18 3:4,14
3:24 4:8
**9/20/11**   2:18 3:4,14
3:24 4:8

**9/22/11**   2:19 3:15
3:25 4:9
**9/27/11**   2:4,8 4:13
**9/8/11**   2:18 3:4,14
3:24 4:8
**9:57**   1:21

### a

**a.m.**   9:19 29:14
**aaert**   40:11
**ability**   31:15
**able**   13:3,7 15:18
22:16 28:19,22 29:6
30:13 31:11 36:23
**abraham**   3:20,24
6:4,12 36:6 38:25
39:4
**absence**   13:14
**absolutely**   15:21
16:1,4 22:13,20
35:4
**accept**   15:17 18:11
**access**   37:8
**accommodate**
31:14
**accommodating**
33:7
**accompanying**
33:10
**accountant**   23:17
**accurate**   40:5
**action**   20:11
**add**   26:18 28:13
**additional**   8:25
17:12 22:25 30:16
**address**   22:6 27:24
29:3 34:7
**addressing**   28:25
**adequate**   37:17
**adjourn**   34:25
**adjourned**   2:2,3,6,8
2:11,14,16,18,21,23
3:2,4,7,9,12,14,17
3:20,22,24 4:2,4,6,8
4:11,11,16,16 13:11
19:18 21:6 24:25
25:1 30:24 35:22
36:3,3,10,17,21

Case 1-10-44815-ess    Doc 345    Filed 12/14/11    Entered 12/14/11 11:34:49
Case 1:12-cv-03337-JG    Document 1-48    Filed 07/05/12    Page 42 of 51 PageID #: 1188

[adjourned - clerk]                                                              Page 2

38:8,10,13,17,18,22
38:23 39:4,5,9,10
**adjustments** 32:23
**admission** 10:8
**admitted** 10:14
**adv** 1:8,12
**adversaries** 25:1
**adversary** 30:23
34:6
**adverse** 14:10
**affidavit** 9:14 10:5
11:11 12:6
**afternoon** 22:20
26:5 27:16,23 29:1
29:7,20 32:17,19
37:23
**agency** 3:9,14 35:23
38:20,22
**agreement** 28:20
**al** 1:10
**alternatively** 12:2
**americas** 6:13
**amount** 9:9 23:7
27:18
**ann** 6:25 8:18 24:16
25:7
**answer** 19:8 22:21
**anticipate** 22:9
30:17 34:4
**anticipated** 14:18
**anticipation** 22:16
**apologize** 12:11,19
19:6 21:1
**appeal** 23:15,16
**appear** 29:6 31:14
**appearance** 9:7
35:16,16 36:1,8,14
36:20
**appearances** 7:13
29:17,19
**appeared** 9:1 35:24
36:15
**appearing** 35:18
**appears** 19:24 23:6
32:16
**appellate** 26:21

**application** 2:3,12
2:16,22 3:2,12,17
3:22 4:6 9:25 13:1
18:21 19:20 21:7,22
22:12 23:9,15 26:3
31:3 34:20 35:6,21
35:22 36:3,7,13,16
38:6,11,14,16,19,21
38:24 39:3,6,8
**applications** 22:23
23:7 24:24 26:1
**appreciate** 9:7
**appropriate** 14:25
17:4 24:8,14 34:15
**arbitration** 20:11
**argued** 16:24
**arguing** 15:9,9
**argument** 10:12
13:5 25:4 26:24
**arose** 13:9
**asking** 15:15 16:20
**associates** 6:3,11
**assume** 14:2 16:15
26:12
**attend** 9:10
**attorney** 5:4 8:25
9:3
**attorneys** 5:12
**automatic** 2:6 13:12
19:18 20:9 31:2
35:1 38:8
**available** 30:12
31:13,24 32:16
36:23
**avenue** 5:13,22 6:13
6:21
**avoidance** 8:11
**awaiting** 25:11
**award** 20:11

**b**

**b** 1:23
**back** 10:20,25
11:20 13:17 14:18
17:1,9 24:22 30:13
32:13 37:6
**background** 15:1

**bankruptcy** 1:2,16
1:25 26:21
**based** 18:16 34:11
34:18 37:5
**basis** 12:5 15:18
**beginning** 28:1
**behalf** 5:21 6:4,12
7:24 8:1 9:1 10:18
11:8 27:5 28:11
35:16,18 36:15
**belabor** 14:12
**believe** 11:15 14:1
18:17 22:2 32:3
33:15 35:13
**bench** 10:7
**benefit** 26:6 31:6
**best** 10:19 29:8
31:14 34:3 37:12,17
**better** 12:18 22:7
**bit** 12:15 15:8
**briefed** 21:9
**briefing** 17:5 30:17
37:7,17
**briefs** 17:1 22:11
31:21 37:11
**bring** 13:3,7 17:19
28:22 31:11
**bringing** 11:23
**brings** 10:25 14:17
24:25 28:10 30:19
**broadway** 6:5
**brooklyn** 1:18
**brothers** 13:22
**brought** 10:17 20:9
**bruce** 9:14
**burdens** 37:18

**c**

**c** 5:2 7:1 40:2,2
**cadman** 1:17
**calend** 18:25
**calendar** 12:9,23
13:15 14:19 18:20
18:22 19:8,12,17,17
20:7 22:1 23:11
24:7,8,12,18 26:25
32:16 34:24 35:21
36:2,7,13

**call** 7:9 20:5 26:5
27:16 28:16 29:15
35:10
**calling** 9:21
**campo** 5:17 7:18,18
28:10 30:1
**capacity** 8:11
**care** 3:9 23:6 25:23
35:23
**caring** 3:9,14 35:23
36:1 38:20,21
**carried** 12:25 22:24
26:2 29:3
**carry** 24:12 26:3
**case** 1:5,8,12 2:22
7:9 10:5,21 19:14
26:14
**cases** 34:9
**cause** 2:12,16 3:2,8
3:12,17,18,22 4:3,6
11:18 12:13,21
18:12,21 19:3,4
21:17,19,20 23:8,10
38:11,14,19,24 39:6
**certain** 2:7 17:2
19:19
**certified** 40:11
**certify** 40:4
**cet** 40:11
**chance** 37:6
**changed** 14:23
**changes** 16:16
**chapter** 6:20 29:24
**check** 13:22
**checking** 11:19
**choice** 26:3
**chosen** 25:23
**christine** 1:6,10
7:11 8:23 29:22
**citation** 15:4
**claim** 20:10 26:20
**clarify** 31:18
**clarity** 12:3
**clear** 8:3,11 13:2
17:11 21:18 25:18
**clerk** 7:2,10 27:22
29:13,15

[client - documents]                                                    Page 3

**client**  8:7
**close**  10:2 21:8
  22:16,18 31:9,24
  32:23 34:19
**closed**  26:7,8,8
**closing**  14:2 16:15
**closure**  11:24 13:3
  17:21 28:22
**cm**  36:22
**come**  14:18 17:9
  24:22 30:21 34:7
  35:4
**coming**  10:20 36:24
**commence**  25:17
**commenced**  25:21
**communication**
  11:17
**communications**
  11:17,19 13:21
**company**  13:25
**complain**  4:11,16
**completed**  25:20
  30:17
**completely**  31:15
**completing**  9:24
  28:20 32:19
**complicated**  17:18
**complication**  9:20
**complied**  26:11,13
**complying**  25:22
**concern**  28:6
**concerned**  12:24
**concerning**  35:10
**concluded**  37:25
**conclusion**  10:17
  13:7 31:12
**conference**  4:11,16
  9:17 22:15 25:1
  28:17 34:5
**conferences**  30:24
  30:25 36:19 39:10
**confidential**  14:8
**confirmation**  20:11
**conflicts**  11:19
  13:22 32:9
**conforming**  28:3

**connection**  13:9
  23:2 25:22
**consent**  9:13 10:1
  10:14 27:18 31:3
**consented**  25:12
**considerable**  23:7
**consideration**  19:16
**constrained**  31:15
**contacted**  13:23
  23:17
**contested**  10:11
  13:4 18:14 25:4
  26:24 31:2 37:15,16
**continue**  20:10 23:3
  24:12,13
**continued**  30:12,21
  34:5,22 35:3 37:9
  38:7,9 39:2
**continuing**  34:4
**copies**  15:19
**correct**  19:1 21:13
  21:14
**correspondence**  9:9
  31:10
**counsel**  5:21 6:3,11
  7:21 8:8,10,13,14
  9:20 20:9,12,17,20
  20:23 25:2 29:21,23
  30:5 31:3 33:7 35:8
  35:25 36:14,22
**country**  23:20 32:1
  40:14
**couple**  17:1 31:7
  34:12
**course**  9:10 15:20
  24:12 31:1 36:24
**court**  1:2,16 2:7 7:3
  7:5,16,19,23 8:3,7
  8:10,16,20,21,24
  9:6,16,16 10:24
  11:4,5,7,13,23 12:8
  12:14,18,22,24
  13:19 14:16 15:12
  15:15,24 16:2,3,6
  16:11,18,20 17:16
  18:4,9,17,19 19:2,4
  19:7,19,24 20:4,7

20:10,15,25 21:4,6
21:15,18,19,23,24
21:25 22:3 23:6,15
23:16,24 24:2,7,10
24:10,17 25:17,20
25:25 26:12,16,18
26:20,23 27:2,4,11
27:14,23 28:2,5,9
28:13,15 29:2,8,18
29:23 30:3,7,11
32:5,12,22 33:3,6
33:12,16,24 34:2,3
34:14,23 35:15,20
36:5 37:2,5
**court's**  9:12 12:23
  21:25 28:4,24 37:8
**courtcall**  28:17
**courtroom**  7:6,12
  29:16,19 34:16
**covered**  24:21
**creditor**  6:4,12 7:22
  8:4,9 20:1,4 27:5
  30:6
**cross**  9:14 10:15
  11:13
**current**  14:7

## d

**d**  6:8 7:1 38:2 40:11
**date**  23:21 30:21,25
  32:6 34:15 36:3,17
  37:9 40:18
**dated**  12:7
**day**  32:17 34:3
**days**  17:2 31:17
  32:10 34:11
**deal**  33:20
**debtor**  1:6 5:4,21
  8:22 9:2 20:23
  29:21,24
**dec**  38:7,9,17,22
  39:4,9,10
**december**  23:20
  25:13 32:1,8 33:8
  34:23 35:3 36:4,11
  36:17,21 37:2,10,20
  40:18

**decide**  15:25 16:20
**decision**  11:24
**decisions**  2:7 19:19
**decline**  16:7,8
**defendant**  1:14
  36:20
**defendants**  1:10
**defer**  19:16 34:16
**deferred**  14:20
**definitively**  11:25
**delay**  18:1 25:12,16
  25:21
**denied**  23:13,16
**denies**  18:13,14,15
**deputy**  34:16
**described**  34:13
**desire**  22:14
**despite**  31:9
**determine**  10:20
**determining**  18:18
**devora**  4:25 40:4,10
**dial**  28:17
**different**  20:15
  21:21
**difficult**  12:15
**dilatory**  25:21
**direct**  10:14 16:8
  22:4
**directly**  18:18 37:14
**disagree**  26:1
**disappointed**  26:16
**disclosed**  14:8
**discovery**  17:13,24
  34:9,10
**disputing**  14:23,24
**district**  1:3 23:14
  23:16 24:10
**docket**  12:12,20
  13:12 17:9 18:12
  19:2,13 22:3,5 23:7
  24:23 30:15 31:20
**document**  2:2,12,17
  2:22 3:3,8,13,19,23
  4:3,7
**documents**  23:2,18
  23:22 25:11,13

**doing** 17:25 28:24
  31:16
**doubt** 8:11
**due** 18:10 22:18
  25:13,16

**e**

**e** 1:23,23 5:2,2 7:1,1
  11:16 12:13 17:17
  18:12,18 21:17 38:2
  40:2
**eager** 15:16
**eagerly** 25:10
**earlier** 12:6
**early** 32:17,19
**easier** 11:5
**east** 1:17
**eastern** 1:3
**ecf** 36:22
**effect** 31:10
**efficient** 17:19
**effort** 23:2
**either** 14:3,11
**electronic** 40:11
**electronically** 36:24
**eliminated** 14:19
**elizabeth** 1:24
**employ** 2:3 9:25
  13:1 22:12 26:4
  34:20 38:6
**encourage** 25:3
**engagement** 14:6,6
  14:7
**entire** 34:18 37:6
**entries** 19:14
**entry** 30:18
**equally** 34:2
**error** 31:19
**escobar** 4:4,8 36:12
  39:7,9
**especially** 13:9
  24:10
**esq** 5:8,16,17,25 6:8
  6:16,25
**ess** 1:6,9,13
**et** 1:10
**events** 37:9

**everybody's** 9:7
**evidence** 10:14
  17:12 18:17 34:21
**evidentiary** 10:16
  13:8 15:2
**evolved** 14:22
**exactly** 16:18
**examination** 2:13
  2:17,23 3:3,9,13,19
  3:23 4:4,7 9:15
  10:15 35:22 36:9,17
  38:16,21 39:3,8
**examinations** 11:13
**excellent** 36:25
**exhort** 36:22
**expectation** 26:13
**expecting** 31:21
**expedited** 15:18
**expert** 10:11
**extensive** 37:13,14
**extent** 14:22,23
  16:24 35:23
**extremely** 30:12

**f**

**f** 1:23 40:2
**fact** 12:2 13:24
  17:25 26:7
**fairly** 34:10
**far** 34:17 37:19
**fifty** 30:15
**file** 16:7,8,9 36:23
**filed** 9:11,17 11:18
  12:21 18:23 19:21
  19:24 31:21 34:14
**finally** 31:2
**finding** 9:13 22:15
**finish** 24:17
**firm** 7:25 8:2,4,9,12
  8:13,14 9:25 11:20
  18:15 28:11
**first** 9:23 10:4
  13:22 16:22 31:18
  37:21
**floor** 6:22
**focus** 16:25
**following** 15:2
  23:21

**foregoing** 40:4
**foregone** 10:15
**foremost** 9:23
**forth** 16:17
**forward** 22:14
  24:20
**fourteen** 12:25
  14:19
**friday** 32:17,19,25
  33:12,12,16 37:1
**fridays** 33:11
**friends** 19:10
**fully** 35:4
**further** 9:15,16
  11:13 21:10,11
  22:25 25:25 26:9
  27:3 28:13,18 34:22
  35:1 36:4 37:4,11
  37:18

**g**

**g** 7:1
**gather** 9:19
**general** 34:10
**generic** 2:13
**getting** 9:19 24:17
  31:22 37:21
**given** 18:6
**glad** 9:21
**go** 13:9,17 24:13
  30:13
**goal** 32:7,21
**goes** 13:23
**going** 12:14 13:2,4
  13:5,14 19:16 22:4
  22:4,9,17 24:18
  28:21 34:15 37:12
  37:17
**good** 7:3,4 9:8 25:7
  29:20 37:23
**gottehrer** 2:14,18
  35:8,9,10 38:12
**granted** 10:1 22:24
  30:21 31:3 36:10
**grateful** 24:2
**great** 31:23
**greatest** 22:14
  27:18

**green** 9:13,14 10:6
  10:11
**ground** 15:8
**grounds** 10:7
**grown** 14:24
**grv** 11:20 13:25
  14:1,3,15
**guess** 17:10
**guidance** 18:24

**h**

**handset** 12:15
**headway** 19:11
**hear** 10:3 13:5 18:4
  25:2 32:9,20
**heard** 34:15
**hearing** 2:2,11,13
  2:16,21 3:2,7,12,17
  3:18,22 4:2,6 9:4
  10:16 13:8 14:2,14
  15:2,3 17:8 21:6
  22:7,10,11 26:23
  30:12,21 31:11
  34:22 35:3 37:9
  38:10,13,18,23 39:5
**help** 15:20
**helpful** 24:19 30:13
**hold** 9:16
**holiday** 9:8
**home** 3:9,14 35:23
  38:20,22
**hon** 1:24
**honor** 8:6,15 10:22
  11:2,16 12:4,6,10
  12:11,17,20 13:16
  15:11 16:1,10 17:14
  17:22 18:2,10 19:6
  20:2 21:14 23:5,12
  23:13 24:16 25:7,9
  26:10,15 28:1,12,14
  28:25 29:7,12,20
  33:1,15,19 35:19
  37:1
**hope** 28:22
**hours** 31:7
**hundred** 30:14
**hundreds** 19:13

## i

**identified** 21:9
**identify** 21:10
**immediate** 10:17
13:7 31:12
**important** 21:23
**impose** 37:18
**impression** 17:20
28:3,5
**inclined** 26:4
**included** 7:7
**including** 10:5 34:8
34:13
**inconsistent** 10:13
**indicate** 10:11
15:13
**indicated** 11:12
14:24 26:7 31:19
35:7
**individual** 18:15
**information** 14:8
**informed** 23:19
**initial** 10:9 12:12
**initially** 11:20 15:9
17:7
**intend** 22:12,25
23:21
**interest** 28:24
**interesting** 14:16
**introduce** 17:12
**issue** 11:16,16,21,25
12:5 13:17,20,23
14:12 16:13,13,14
17:23 18:14,18 19:4
21:19 22:25 26:19
27:9 29:1 35:2
37:10
**issued** 2:7 22:2
**issues** 9:17 13:9
14:22,23 15:4,14,23
16:17 17:6,21 18:3
21:9,11 22:19 27:9
27:19,25 33:21 34:7
37:8

## j

**j** 5:3,8
**jackson** 7:9
**joel** 2:23 3:4 6:10
6:16 7:21 20:3 23:5
23:12 26:15 30:5
32:3 33:5 35:13,17
38:15,16
**john** 1:14 5:12,17
7:18 30:1
**join** 15:6
**joint** 15:5
**judge** 1:25
**jurisdiction** 32:1

## k

**keep** 29:9
**keeps** 18:16
**kessin** 4:25 40:4,10
**kinds** 34:17
**klein** 1:8,12 2:23
3:4,20,24 6:4,12
7:22 8:4,9,10 11:19
13:22,24 14:3,9,10
14:15 20:1,4 27:5
30:4,6,7 33:4 35:17
35:25 36:6,6 38:15
38:16,25 39:4
**klein's** 23:13 33:7
**know** 10:18 11:25
12:11,20 14:16
15:12,16,19,20,22
16:6,8 22:21 24:2
27:15,17 34:9
**krinsky** 6:2,8 7:19
7:24,24 8:6,8,15
10:4 11:9,15 12:4
12:10,17,19 13:17
18:5,6,10 19:1,3,6
20:1 21:14,15,16,22
21:24,25 22:2 27:5
27:8,15 30:8,9
33:15,19,19 34:1

## l

**landau** 5:3,8,21 7:4
8:17,17,21,22,22,24
9:3,5 20:20,23

26:18,19 27:1,3
28:25 29:6,11,21
**late** 9:19 32:14,16
**law** 5:3,20 6:10
18:15 26:21
**lead** 27:7
**lee** 5:16 7:14 10:22
11:2 13:16 17:22
30:1
**left** 17:23
**legal** 17:4,5
**lengthen** 34:11
**letters** 9:17 13:6
17:20
**letwittes** 33:5
**leweittes** 35:15
**lewittes** 6:10,16
7:20,21,21 20:3,6,8
20:19,21,24 21:3
23:5,5,12,12 24:1
25:10 26:15,15 27:6
27:8,25 28:1,7 30:5
30:5 32:3,4,5,11,11
33:5,9,14,18 35:13
35:14,17,19
**lexington** 5:13 6:21
**line** 24:3 38:5
**list** 27:5
**live** 10:6 34:8
**llp** 5:11 6:19
**longer** 24:11 37:14
**look** 32:19 34:10
37:6
**looked** 17:1
**looking** 17:12 18:6
18:23 25:21 32:6,13
37:11
**lot** 19:10 31:5

## m

**mail** 11:16
**mails** 11:13 17:17
18:12,18 21:17
**making** 19:10 32:23
**manage** 11:7
**marie** 6:25 8:18
24:16 25:7

**mark** 13:15 24:7,8
**marked** 14:20
23:11 24:24 26:2
30:15 35:7,21 36:2
36:7,13 37:22 38:12
38:15,20,25 39:7
**materially** 14:9
**matter** 1:5 10:9
11:24 12:4 14:9
17:7 18:25 22:14
26:24 29:2 32:18
34:24 35:3,24
**matters** 7:10 9:10
9:18 12:24,25 14:19
22:5 24:11 25:3,5
29:3,15 30:19 32:15
34:5,8,8,16 35:10
37:15,16
**mean** 37:16
**meant** 11:10
**measured** 23:3
**melquisedec** 4:4,8
39:7,9
**mendel** 6:3,11
**met** 10:9
**methodical** 19:14
**microphones** 7:8
**mind** 24:4 25:4
**mineola** 40:16
**misinterpretation**
31:9
**modification** 20:22
**moment** 12:10
13:17 28:8
**monday** 9:18
**month** 14:6
**months** 31:16
**morning** 7:3,4 9:8
22:16 25:7 31:6,19
32:25 33:12,12,14
33:16 37:1
**morning's** 18:19
20:7
**moskowitz** 7:25
30:9
**motion** 2:6,13,17,22
3:3,8,13,19,23 4:3,7

[motion - proponent]                                                                  Page 6

12:9 13:11,13 19:18
19:21 20:9,19 23:14
24:22 30:15 31:1
34:13,25 37:22 38:8
**motions**  34:12
**move**  10:2 19:11
22:14 32:21
**moved**  33:20
**moving**  17:9 18:13
24:20

**n**

**n**  5:2,20,25 7:1 38:2
40:2
**navigating**  34:17
**necessary**  15:22
16:2 17:24 37:5
**need**  10:18 11:25
12:3 16:17 17:18
19:14 20:25 21:1,10
21:18 22:20,21,24
24:11,12 27:15,17
28:6 29:2 34:9 35:1
36:23
**needs**  12:1 23:3
34:12
**new**  1:3,18 5:6,14
5:23 6:6,14,23
**nine**  32:24
**note**  33:6 35:16
36:1
**noted**  36:8,14,19,20
**notes**  31:25
**november**  1:20 9:11
9:18,18 12:7
**number**  12:12,21
13:12 18:12,20,23
19:2,17 20:7 24:23
26:25 30:14 31:20
**numbers**  7:10
**ny**  5:6,14,23 6:6,14
6:23 40:16

**o**

**o**  1:23 7:1 40:2
**o'clock**  33:16 34:23
35:3 36:4,11,18,21
37:2,20

**objection**  9:12 10:7
10:16
**objector**  10:19
**obviously**  26:22
**october**  30:16 37:22
**offered**  10:21
**office**  5:3,20 6:10
30:10 35:12 36:16
**oh**  25:15,16
**okay**  9:6 28:7,9
29:4 30:11 33:1,18
33:18
**old**  40:14
**once**  14:18
**open**  11:15 12:4
16:14 21:9 22:5,18
30:20 34:21
**opportunity**  24:19
**oppose**  26:22
**opposed**  31:16
**opposition**  10:5
21:11 27:17
**order**  2:11,12,16,21
3:2,7,12,17,18,22
4:2,6 9:12,15 11:13
11:18 12:12,21 16:2
18:11,21 19:3,4
21:16,19,19 23:8
25:18,22 26:11 28:4
30:18 31:22 34:22
35:2 36:4 37:5,21
38:11,14,19,24 39:6
**ordered**  24:24 35:7
35:22 36:2,8,14
**orders**  23:10 26:12
**original**  12:21
**outstanding**  11:21
**overall**  31:8
**overruled**  10:6
**overruling**  9:12

**p**

**p**  5:2,2,17 7:1
**p.m.**  29:14
**page**  38:5
**part**  10:1 12:5 31:4
36:10

**partial**  22:23 30:20
**participating**  9:3
**parties**  7:6,6,12
10:2 15:3,16 16:19
17:11 18:23 21:10
22:5 26:6 27:19
28:18,23 29:16 31:5
31:10,13,16,22,24
32:9,20,22 37:15,18
**party**  26:14
**party's**  14:21
**passed**  15:6
**pending**  21:24
23:15,16
**people**  11:5
**pereira**  1:14 5:12
6:19 8:18 25:8
**period**  26:4
**persaud**  1:6,10 7:11
8:23 9:2 20:13,18
29:15,22,24
**persaud's**  20:8
**person**  20:25 31:14
37:10
**personally**  13:25
**pery**  6:8 7:24 33:19
**philip**  2:14,18 38:12
**phone**  12:14 13:5
20:5 30:10
**phrase**  21:2
**plainest**  27:18
**plaintiff**  1:8,12
36:20
**plaza**  1:17
**please**  7:5,9,12
13:19 21:2 24:17
29:16,25
**pleased**  13:3
**pllc**  6:2
**pm**  37:25
**point**  11:11 14:16
15:6 21:21
**points**  14:11 33:24
34:2
**position**  21:8 31:9
**positions**  14:21 26:6
31:5

**possibility**  32:7,12
32:14,20,24 33:17
**possible**  22:13
28:21 34:19
**post**  15:3,3 22:11
**practical**  32:18
**practice**  21:21
**pre**  4:11,16 24:25
30:23,25 34:5 36:19
37:3 39:10
**precisely**  15:7
**prejudice**  14:20
**prepared**  14:2
15:17 18:9 22:6,20
27:8,10,24 29:3
34:7 35:5
**present**  8:1 37:7
**presently**  15:10
**previously**  11:17
16:25 35:7 36:9,19
**preziosi**  5:20,25
29:20,21 37:1
**prior**  16:25
**priority**  33:21
**problem**  33:10,13
**proceed**  9:22 13:19
17:10 20:10 21:4
22:8 23:3,25 24:3
**proceeding**  26:20
**proceedings**  30:23
34:6 37:25 40:5
**process**  23:1 26:21
**produce**  23:22
**production**  13:21
23:2 25:11,14,17
**productive**  15:6,23
16:3
**professor**  9:13,14
10:6,10
**progress**  12:23
**prompt**  29:9 30:18
**promptly**  22:13
32:6
**promptness**  31:23
**proponent**  10:20
13:12,14 19:20 20:1
20:12,17 22:22

**proposed**  14:7
  16:23 20:12
**purposes**  11:23
  14:2,14 16:15
**pursuant**  35:24
**pursued**  12:1,1
**pursuing**  12:5
**put**  11:9,10 24:19
**putting**  10:4

**q**

**qualification**  10:10
**question**  9:24 10:4
  10:19 11:9 14:17
  16:3,19 17:2,10
  25:5 28:18 31:13,23
**questions**  14:4
  22:21 34:21
**quiet**  21:1

**r**

**r**  1:23 5:2 7:1 40:2
**raise**  14:17
**raised**  9:17 13:17
**rarely**  26:16
**read**  15:21
**real**  14:4
**really**  15:24 16:3
  17:25 31:12
**reason**  14:12
**reasons**  15:13
**rebuttal**  10:20
**receive**  22:10
**received**  9:14 10:15
  20:19
**receiving**  25:12
**recess**  29:14
**recollection**  30:14
**reconsider**  26:1
**reconsideration**
  2:11,21 3:7,18 4:2
  18:21 23:9,14 24:8
  24:23 35:6,20 36:1
  36:7,12 38:10,13,18
  38:23 39:5
**reconvene**  27:20
  28:16

**record**  8:11 9:24
  10:3,10 11:12 13:3
  14:10 15:4 16:15
  20:16 21:8,12 22:11
  22:17,18 24:19 25:9
  26:7 28:21,22 30:13
  31:8,9,24 32:24
  33:6 34:18,19 37:6
  37:8,13 40:5
**reference**  12:12
  22:11
**referred**  26:11
**referring**  18:24
**refined**  17:6
**reflect**  31:7
**refresh**  30:14
**regard**  21:20 25:9
**regarding**  7:11
  25:10
**regret**  19:15
**relate**  37:14
**related**  2:2,12,17,22
  3:3,8,13,19,23 4:3,7
  16:23
**relatedness**  17:3,3
**relating**  20:11
**relationship**  14:5
**relevant**  18:18
**relief**  20:9,17,21
  22:22,23,25 23:1
  24:13 30:20 31:2
  34:14
**remain**  30:19 34:8
**remaining**  18:3
  34:21
**remains**  27:19
**represent**  8:9,13,14
  13:24 14:1
**representation**
  16:21,22,22,23
**represented**  8:13
  9:2,21 14:3,5,13,15
  16:14 18:15 20:4
  35:9,25
**representing**  7:22
  8:3,4,22 9:1 30:6
  35:11,25

**request**  18:1,12
  21:20 24:13 25:14
  26:10 36:9 37:11
**requested**  11:17
  25:14
**requesting**  21:17
**requests**  22:22 24:9
  26:2 30:20
**require**  32:21
**resolve**  28:20
**resolved**  12:1 15:17
  35:4
**respect**  9:20 10:16
  11:18 13:1,21 17:17
  18:10 21:6,11 22:23
  23:9 24:15 25:3
  26:6,13,19 27:11,14
  27:17 28:20 33:4
  34:20,21,24 35:6,23
  36:6,9,12 37:22
**response**  13:14
  19:21
**rest**  10:23 11:8,14
  11:22 12:2 27:16
**resume**  22:19
**retained**  8:13 11:20
**retention**  22:17
  24:15,21 27:9,12,14
  27:17 29:1 31:3
  37:10
**return**  23:21
**review**  22:5 30:13
  30:19 31:7
**revisit**  17:10
**right**  7:19 8:5,15,16
  8:20,24 9:7 10:24
  12:8,22 20:4 21:15
  22:7 24:1 25:2,20
  26:9,12,18,23 27:2
  27:4,11 28:9,13,15
  29:9,18,23 30:7
  32:2 33:9,24 34:3
  34:18 35:11,17
  37:19
**rise**  7:2 29:13
**road**  40:14

**rules**  10:14
**rulings**  38:4 39:2

**s**

**s**  1:24 2:2,12,17,22
  3:3,8,13,19,23 4:3,7
  5:2 7:1
**samuel**  5:3,8,21
  8:17,22 29:21
**sanders**  2:3 5:11
  7:14 9:25 13:2,23
  13:24 14:1,3,12,14
  16:13 21:7 22:12
  24:21 27:9 30:2,2
  33:1 34:20 38:6
**sarah**  7:25 30:9
**sate**  36:11
**satisfied**  21:7 31:8
  34:19
**saw**  13:6
**saying**  12:16
**says**  25:18
**schedule**  2:13 22:10
  25:13 30:16 31:16
  32:13,21 34:10
**scheduled**  17:7
  22:16 33:20
**scheduling**  13:10
  31:13 32:9,14 33:7
  34:16 35:2 37:5
**seated**  7:5
**second**  16:23 19:7
  26:5 27:16 28:16
  29:15 34:24
**secondly**  22:9
**see**  10:6 12:23,25
  13:10 14:11,19
  16:24 17:23 20:15
  26:3 27:4 28:11
  32:13 37:4,20
**seeking**  12:13 17:13
  20:9 21:12 23:15
  28:19 34:14
**seen**  9:11
**sensible**  23:24 24:3
**separate**  24:10
**september**  17:7

Case 1-10-44815-ess    Doc 345    Filed 12/14/11    Entered 12/14/11 11:34:49
Case 1:12-cv-03337-JG    Document 1-48    Filed 07/05/12    Page 48 of 51 PageID #: 1194

[serve - trial]                                                                 Page 8

serve  8:8
service  28:17
set  16:17 22:10
seventh  5:22
share  28:23
shifted  15:8 16:13
  16:19
shifting  18:16
short  19:8 26:4 29:9
  34:10
shorten  34:11
shouldered  37:19
show  2:12,16,22 3:2
  3:8,12,17,18,22 4:3
  4:6 11:18 12:13,21
  18:11,21 19:3,4
  21:16,19,20 23:8,10
  38:11,14,19,24 39:6
signed  36:24
significant  9:9 17:5
significantly  17:6
similarly  34:25
simplifying  12:24
simply  17:18 23:13
  25:5 28:25 31:19
sinisi  6:19,25 8:18
  8:18,19,20 10:25
  24:6,16,16,17 25:6
  25:7,8,8,18,19,24
  26:9,10 28:2
situation  17:16
  34:12
sixty  34:11
skilled  34:17
small  24:14
soon  22:19 28:23
sorry  8:21 11:2,4
  16:4 19:6 25:15
  34:1
sought  22:25
sounds  23:24 24:2
speak  20:25 27:6,8
  27:10
speaker  12:14
speaking  8:1 17:15
  18:8 19:23 20:14
  21:5 23:23 24:5

26:17 27:13 28:11
  33:23
spend  16:6
standard  17:4
standards  10:8
standing  25:14
standpoint  32:18
start  9:19 25:6
  34:11
state  2:7 7:13 19:19
  20:10 26:20 29:16
  31:7 34:14
stated  10:9 26:11
  31:6
statement  18:7
statements  25:10
  28:6 31:10
states  1:2,16
stating  9:16
status  23:13 25:3,5
stay  2:6 13:12 19:18
  20:9,21,22 23:15,16
  24:22 31:2 34:14
  35:1 38:9
step  24:9 32:13 37:6
stephen  5:20,25
  29:20
steps  23:3 24:14
stipulate  14:13
  17:24 18:9
stipulation  18:11
  28:20
stong  1:24
street  5:5
stremba  5:16 7:14
  7:14,16,17 10:18,22
  10:22 11:2,2,4,6,10
  13:16,16,20 15:8,11
  15:14,21,24 16:1,4
  16:10,12,18 17:14
  17:22,22 18:4,11,25
  28:10,11,12,14 30:1
  30:1 33:1,3
stremba's  18:7
strongest  28:21
subject  9:15 11:13
  17:5 21:16 34:22

36:4 37:17
submission  11:11
  15:5,7 16:17
submissions  10:12
  15:4,17 16:25 18:3
submitted  30:15
  37:22
submitting  12:6
substantial  14:5
  17:3
substantially  16:23
  17:3
succeed  22:17
sufficient  37:9
suggesting  16:5,12
suggestion  10:2
  13:6
suite  40:15
superfluous  10:13
supposed  25:11
supreme  2:7 19:19
sure  7:7 11:7 22:14
suspect  28:23

**t**

t  40:2,2
table  33:10
tactics  25:21
take  10:1,9 11:10
  13:4 19:17 21:12
  23:6 25:25 28:5
  35:8 36:22
taken  24:9
talking  20:6
target  18:13
telephone  7:7,12
  8:1 17:18 21:2
  29:16,25
telephonic  9:16
  13:8 22:15 28:16
telephonically  5:16
  5:17 6:8,16,25 25:5
  27:20
tell  12:8 17:2 18:19
  18:22
terms  27:18 28:22
testify  10:11

testimony  9:12,13
  10:5,8,15
thank  7:16 8:16,20
  8:24 11:4 12:18
  21:1 27:4 29:5,10
  29:12 30:3,11,11
  32:5 33:3 35:15
  37:24
thankfully  26:16
thanksgiving  23:18
thereto  35:20
thing  37:21
things  15:20 18:23
  19:11 34:17
think  9:23 10:3,19
  10:25 11:24 13:23
  14:4,10 15:5,6,11
  15:23 16:16,18
  17:25 19:5,10 20:8
  20:17 23:1,18 24:12
  27:7,15 28:2 31:12
  31:23 32:7,18 34:3
  37:4
thought  31:5
till  36:21
time  9:1,1 16:7 21:1
  22:7 25:15 32:8,16
  34:15
times  10:10
today  13:3 19:9
  23:1 28:23 31:11
  34:18 36:10 37:21
today's  9:3 34:24
tomorrow  37:21
trail  4:11,16
training  36:22
transcribed  4:25
transcriber  40:11
transcript  40:4
transcripts  15:19
  15:22
transmitted  23:19
trial  10:8 15:2,3
  24:25 30:23,25
  33:20 34:5 36:19
  39:10

| | | à |
|---|---|---|
| | | |

**trials** 37:3

**troutman** 2:3 5:11
7:14 9:25 13:1,23
13:24 14:1,3,12,14
16:13 21:7 22:12
24:21 27:9 30:1,2
33:1 34:20 38:6

**true** 40:5

**trust** 9:8,11

**trustee** 6:20 7:15
8:19 11:1,3,8 14:7,9
23:17,19,19 24:6
25:8,10 30:2

**trustee's** 9:24

**try** 29:9

**trying** 17:19

**two** 14:6,7 15:23
25:1 30:14,15,23
31:25 34:6 37:2

**u**

**u.s.** 1:25

**unable** 22:18

**understand** 8:25
12:16 13:20

**understanding** 8:12

**underway** 23:1

**unfortunately**
12:20 26:3

**uniformly** 15:1

**unison** 17:15 18:8
19:23 20:14 21:5
23:23 24:5 26:17
27:13 29:12 33:23

**united** 1:2,16

**unwieldy** 19:15

**use** 7:7 12:15 14:9
22:7

**useful** 15:7

**v**

**v** 1:9,13

**various** 10:12 37:7

**veritext** 40:13

**view** 13:9 37:7

**violation** 2:6,8
13:11 19:18 24:22
26:21 31:1 34:25

38:8

**vis** 26:20,20

**void** 2:7 19:19

**w**

**w** 5:16

**waived** 9:15

**waiver** 11:12

**want** 16:6 33:9 34:7

**wasteful** 10:13

**way** 13:8 18:16
19:11 22:8,17 23:24
24:3 34:10

**ways** 18:23 37:13
37:14

**we've** 24:21

**week** 9:10 12:6
31:24 32:14,15
36:25

**weekend** 9:9

**weeks** 31:17

**went** 23:14

**west** 5:5

**willing** 14:13 16:14
17:24

**wish** 37:23

**word** 27:3

**words** 25:23

**work** 12:22 37:12

**working** 27:4

**written** 18:2

**x**

**x** 1:4,7,11,15 38:2

**y**

**yeah** 20:8 25:16

**york** 1:3,18 5:6,14
5:23 6:6,14,23

**z**

**zilberberg** 6:3,11
7:22 11:18 19:22,25
23:17,20 30:6 31:25
33:10

**zilberberg's** 7:25
8:2,8,12 25:13
30:10 35:12 36:16

**à**

**à** 26:20

# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

---

IN RE:                                                                     CASE NO: 1–10–44815–ess

   Christine Persaud

SSN/TAX ID:                                                               CHAPTER: 7

   xxx–xx–0247

          DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on November 28, 2011 was filed on December 14, 2011 .

The following deadlines apply:

The parties have until December 21, 2011 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is January 4, 2012.

If a Transcript Redaction Request is filed, the redacted transcript is due January 17, 2012.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 13, 2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext (888–706–4576) or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 14, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: btaylor | Date Created: 12/14/2011 |
| Case: 1–10–44815–ess | Form ID: 295 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Christine Persaud | 86–25 Van Wyck Expressway, Apt. 506    Jamaica, NY 11435 |
| aty | Pereira &Sinisi, LLP    The Chrysler Building    405 Lexington Avenue    7th Floor    New York, NY 10174 |
| aty | John P Campo    Troutman Sanders LLP    The Chrysler Building    405 Lexington Avenue    New York, NY 10174 |
| aty | Lee W Stremba    Troutman Sanders LLP    The Chrysler Building    405 Lexington Avenue    New York, NY 10174 |
| aty | Samuel J. Landau    250 West 57th Street    New York, NY 10107 |
| aty | Stephen N Preziosi    570 Seventh Avenue    6th Floor    New York, NY 10018 |
| | Pery D Krinsky, Esq.    Krinsky PLLC    233 Broadway    New York, NY 10279 |
| | Joel Lewittes, Esq    1211 Avenue of the Americas    New York, NY 10036 |

TOTAL: 8